454 A.2d 169

Howell v. McClure and Cunningham-Kivitz.

Appeal of Richard and Jane McClure.

Argued September 8, 1980. Deborah Harris, for appellant; William D. Harris, for Howell, appellee; Charles J. Bogdonoff, for Cunningham-Kivitz, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment affirmed.

HOFFMAN, J., filed a memorandum dissenting opinion.